UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANTE C. LEE, AS PARENT AND NEXT FRIENDS OF M.L., A MINOR<br><br>PLAINTIFFS,<br><br>V.<br><br>SEED PUBLIC CHARTER SCHOOL OF WASHINGTON, D.C.<br><br>DEFENDANT. | CASE NO. 18-2786 (CKK) |

**ORDER APPROVING SETTLEMENT ON BEHALF OF M.L.**

This matter is before the Court on the Joint Motion for Leave to File Joint Motion for Court Approval of a Settlement Involving a Minor and to Fund a Structured Settlement Under Seal [63] which attached the Joint Motion for Court Approval of a Settlement Involving a Minor and to Fund a Structured Settlement as Exhibit I [63-2]. The Court has also reviewed the corresponding "Settlement Agreement and Release" and "Addendum which were attached to the Joint Motion for Court Approval of a Settlement Involving a Minor and to Fund a Structured Settlement as well as the Joint Status Report and the trust agreement [66]. The complete and precise terms and conditions of the settlement are set forth in the Settlement Agreement and Release and its Addendum (hereinafter "Agreement").

The Court is fully informed of the specifics of the full and final terms and conditions of the settlement. The Court finds that the terms and conditions of this settlement, as set forth in the Agreement, are fair, reasonable, and in the best interests of M.L.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Joint Motion for Court Approval of a Settlement Involving a Minor and to Fund a Structured Settlement, is hereby **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Agreement, as set forth in Exhibit 1 to the Joint Motion for Court Approval of a Settlement Involving a Minor and to Fund a Structured Settlement, is hereby approved and as of the date of this Order is valid and enforceable.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this case will remain open and stayed in full so the Parties can comply with Sections 3.1 and 11 of the Agreement.

IT IS FURTHER ORDERED that Chante Lee is authorized to sign any documents that are necessary to consummate this settlement on behalf of M.L., and to provide any information and documentation necessary to consummate and pay the settlement.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the settlement amount of $225,000.00 (USD) (Two Hundred Twenty-Five Thousand U.S. Dollars) (hereinafter "the Settlement Proceeds") as compensation to Plaintiffs with a combination of immediate cash and the funding of future periodic shall be distributed according to the terms and conditions of the

Agreement. With respect to the immediate cash that will be made payable to the named Plaintiffs pursuant to the Agreement, the Court hereby Orders Chante Lee to endorse said check over to the Law Office of Lawrence Manley firm to be deposited into the attorney's client trust account to be used to pay the collective attorney's fees, costs, and expenses herein approved and to pay any lien or claim for reimbursement.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that attorney's fees in this action, in the amount of $90,000.00 (Ninety Thousand Dollars), pursuant to the plaintiffs' retainer agreement, attorney fees of forty percent (40%) of the Settlement Amount shall be paid from the immediate cash payments set forth in Paragraph 3.1 of the Agreement. The Court finds that the costs and expenses associated with the litigation are $13,000 and that such costs and expenses are fair, reasonable, and necessary, and

IT IS FURTHER ORDERED that such costs, expenses, and fees are approved and are to be paid as provided in Paragraph 3.1 of the Agreement. The Court finds that Plaintiffs are legally responsible for all past, present, and future liens or claims for payment or reimbursement, including any liens or claims for payment or reimbursement by Medicaid, Medicare, or healthcare providers. The Court hereby Orders Plaintiffs, by and through their attorneys, to satisfy or resolve all such past, present, and future liens or claims for payment or reimbursement asserted by any individual or entity, including Medicaid and Medicare, arising from the subject matter of this action. The Court further Orders that Plaintiffs, by and through their attorneys, shall provide to the Defendant's counsel the information required by the Agreement regarding the satisfaction or resolution of such liens or claims for payment or reimbursement within the time specified in said Agreement.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that within five (5) consecutive calendar days after Plaintiffs receive the funds set forth in Section 3.1 of the

Agreement, Plaintiffs' counsel will notify SEED Defendants' counsel of receipt. Upon receipt of notification of Plaintiffs' counsel, SEED Defendants' counsel will file the Joint Stipulation of Dismissal with Prejudice in this case attached as Exhibit A to the Agreement. Plaintiffs shall endorse said check over to the Law Office of Lawrence Manley firm to be deposited in the attorney's client trust account to facilitate the disbursement of the immediate cash payment as authorized by this Order. Subject to the terms and conditions of the Agreement, Plaintiffs' attorneys shall distribute said immediate cash payment to the Plaintiffs after paying attorney's fees, costs, and expenses authorized by this Order and after paying or resolving any currently known lien or claim for reimbursement or payment for which Plaintiffs have agreed to be legally responsible under the terms of the Agreement. Plaintiffs and their attorneys shall take appropriate steps to comply with applicable state law governing the transfer of all funds for minor M.L. into a fiduciary account.

IT IS SO ORDERED.

Dated: October 14, 2021

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

*All Parties of Record*